IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD WATSON, | : | CIVIL ACTION |
| Plaintiff, | : | NO: 2:21-CV-04461-NIQA |
| v. | : | |
| GENERATION METAL TECHNOLOGIES, INC. and GENERATION METAL STAMPING & MACHINERY, INC., | : | |
| Defendants. | : | |

## JOINT STIPULATION OF DISMISSAL

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this case, with prejudice. Each party shall bear its own costs and attorneys' fees.

Date: February 1, 2022

Respectfully submitted,

| | |
|---|---|
| By: /s/ Richard B. Bateman, Jr. | HILL WALLACK LLP<br>By: /s/ Paul R. Sheehan |
| Richard B. Bateman, Jr., Esquire | Paul R. Sheehan, Esquire |
| PA ID No. 61131 | Attorney ID No. 91556 |
| E: rbateman@batemanlawoffice.com | E: psheehan@hillwallack.com |
| 21 West Second Street, Suite 300 | 777 Township Line Road, Ste. 250 |
| Media, PA 19063 | Yardley, PA 19067 |
| (610) 566-3322 (telephone) | P: (215) 579-9246 |
| (610) 548-9986 (facsimile) | Counsel for Defendant Generation |
| Counsel for Plaintiff Ronal Watson | Metal Stamping & Machinery, Inc |